## KITSON CO. v. LATTIMER-STEVENS CO.

Circuit Court of Appeals, Third Circuit. January 17, 1930.

No. 4225.

Augustus B. Stoughton and William Findlay Brown, both of Philadelphia, Pa., and Titan W. Johnson, of Washington, D. C., for appellant.

Kennard N. Ware, of Philadelphia, Pa., George M. Finckel, of Columbus, Ohio, and Howson & Howson, of Philadelphia, Pa., for appellee.

Before WOOLLEY and DAVIS, Circuit Judges, and JOHNSON, District Judge.

PER CURIAM. Affirmed on Judge Kirkpatrick's opinion.